**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| STATE OF MINNESOTA, *ex rel. Governor Tim Walz and Attorney General Keith Ellison*,<br><br>Plaintiff,<br><br>v.<br><br>GREG ABBOTT*, in his official capacity as Governor of the State of Texas,* and<br><br>MANUEL TREVINO, *in his official capacity as Sheriff of Cameron County, Texas,*<br><br>Defendants. | Case No.: 1:26-cv-00906 |

**APPLICATION FOR TEMPORARY RESTRAINING ORDER**[1]

Pursuant to Federal Rule of Civil Procedure 65 and the All Writs Act, Plaintiff State of Minnesota, on behalf of Governor Tim Walz and Attorney General Keith Ellison, respectfully moves for a Temporary Restraining Order ("TRO") on an emergency basis to order Defendant Texas Governor Greg Abbott to immediately execute his mandatory ministerial duty to issue a rendition warrant to extradite Christian Castro from Texas to the Minnesota. To effectuate Castro's extradition to Minnesota and to avoid imminent irreparable harm, Plaintiff further moves for an order enjoining Defendant Cameron

---

[1] Pursuant to Local Rule 7.1(D), Plaintiff's counsel conferred by phone with counsel for both Governor Abbott and Sheriff Trevino prior to filing this application. Counsel for both Defendants indicated that they oppose the motion.

County Sheriff Manuel Trevino from releasing Castro from custody until Governor Abbott has executed a rendition warrant and Castro is transferred to Plaintiff's agents for extradition.

Plaintiff has a sovereign interest in enforcing its criminal laws by obtaining the extradition of fugitives who are charged with committing crimes within Minnesota's borders. This interest is safeguarded by the U.S. Constitution's Extradition Clause, the federal Extradition Act, and Texas law. Castro is charged in Hennepin County, Minnesota with four felony counts of second-degree assault and one misdemeanor count of falsely reporting a crime. He was arrested in Texas on a nationwide warrant for these offenses. Governor Abbott's continued unlawful withholding of a rendition warrant to extradite Castro to Minnesota creates an unacceptable risk that Castro will not be returned to Minnesota for prosecution or that he will avoid prosecution by fleeing if he is released from custody in Cameron County. Unless immediate relief is granted to compel Governor Abbott to issue a rendition warrant for Castro, Plaintiff will suffer irreparable harm to its right to enforce its criminal laws by obtaining the extradition of a fugitive who is charged with committing crimes within its borders.

As set forth in detail in the accompanying Memorandum of Law, Plaintiff is entitled to emergency relief because (i) it is likely to succeed on its claims under the U.S. Constitution, federal law, and Texas law; (ii) it will suffer irreparable harm without a TRO; and (iii) the interests of the public and the balance of the equities weigh heavily in favor of a TRO compelling Governor Abbott to execute a rendition warrant for Castro's

extradition and, in the interim, to enjoin Sheriff Trevino from releasing Castro from custody.

WHEREFORE, Plaintiff respectfully requests that the Court immediately enter a TRO to compel Defendant Texas Governor Greg Abbott to execute a rendition warrant for Christian Castro's extradition forthwith, and to enjoin Defendant Cameron County Sheriff Manuel Trevino, together with his employees, agents, and anyone acting in concert with him, from releasing Christian Castro from custody until Defendant Texas Governor Greg Abbott has executed a rendition warrant and Castro is transferred to Plaintiff's agents for extradition.

In support of this Application, Plaintiff relies upon the accompanying Memorandum of Law, the Declaration of Adam Johnson, and the exhibits attached thereto. A proposed order is attached for the Court's convenience. Plaintiff respectfully requests that the Court grant this Application and issue a Temporary Restraining Order as soon as possible.

Dated: August 18, 2026

Respectfully submitted,

/s/ *George C. Lobb, Esq.*
GEORGE C. LOBB, ESQ.
TX State Bar No. 24042928
S.D. Tex. Bar No. 1439085
2028 Ben White Blvd.
Suite 240-8990
Austin, TX 78741
(737) 396-2662
Inboxforlawoffice@iCloud.com

KEITH ELLISON
Attorney General
State of Minnesota

/s/ *Peter J. Farrell*
PETER J. FARRELL*
Acting Solicitor General
Attorney-in-Charge
MN State Bar No. 0393071
KIMBERLY SVENDSEN*
Special Counsel
MN State Bar No. 0504097
LINDSEY MIDDLECAMP*
Special Counsel
MN State Bar No. 0392589
445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2131
(651) 757-1424
peter.farrell@ag.state.mn.us

*Attorneys for Plaintiff State of Minnesota, ex rel. Governor Tim Walz and Attorney General Keith Ellison*

**Pro hac vice application forthcoming*