**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

STATE OF MINNESOTA, *ex rel. Governor Tim Walz and Attorney General Keith Ellison*,

Plaintiff,

v.

GREG ABBOTT, *in his official capacity as Governor of the State of Texas*, and

MANUEL TREVINO, *in his official capacity as Sheriff of Cameron County, Texas*,

Defendants.

Case No.: 1:26-cv-00906

**DECLARATION OF ADAM JOHNSON**

I, Adam Johnson, declare and state as follows:

1. I am a Deputy General Counsel in the Office of Minnesota Governor Tim Walz and Lieutenant Governor Peggy Flanagan. This declaration is submitted in support of Plaintiff State of Minnesota's application for a temporary restraining order. The statements made in this declaration are based upon my personal knowledge, reasonable inquiry, and information made available to me in the course of my official duties as Deputy General Counsel, as well as records and information gathered by staff in the Office of Minnesota Governor Tim Walz and Lieutenant Governor Peggy Flanagan.

2. When a person who is charged with a crime in the State of Minnesota is arrested in another state, the Office of Governor Tim Walz compiles an extradition packet, including a governor's requisition warrant signed by Governor Walz, to transmit to the other state to seek the charged person's extradition back to Minnesota. My duties as Deputy General Counsel include supervising the compilation of these extradition packets and their transmission to the state where the charged person is located.

3. During my employment as Deputy General Counsel, I have supervised the compilation of hundreds of these extradition packets. In each case, the office of the governor of the state where the charged person is located has routinely responded by issuing a governor's requisition warrant and turning over the charged person for extradition back to Minnesota. I am not aware of any previous circumstance in which the governor of the state to which the charged person has traveled withholds a governor's rendition warrant and refuses to transfer the charged person for extradition back to Minnesota.

## A. The Extradition Packet for Christian Castro and Communications with the Office of Governor Greg Abbott

4. Attached as Exhibit A to this declaration is a true and correct copy of the extradition packet that the Office of Governor Walz sent to the Office of Texas Governor Greg Abbott on June 2, 2026, seeking the interstate rendition of Christian Castro. The extradition packet has been redacted to remove Castro's personal identifiers in compliance with Federal Rule of Civil Procedure 5.2 and the U.S. District Court for the Southern District of Texas's Administrative Procedures for Electronic Filing, Rule 12.

5. Attached as Exhibit B to this declaration is a true and correct copy of Federal Express ("FedEx") tracking information reflecting that a package bearing FedEx tracking number 872565170917 departed Minnesota on Tuesday, June 2, 2026, and was delivered in Austin, Texas on June 3, 2026. This package contained Minnesota's extradition packet seeking Castro's interstate rendition from Texas.

6. Attached as Exhibit C to this declaration is a true and correct copy of a refusal to waive extradition and an order issued by 138th District Court Judge Gabriela Garcia documenting Castro's June 4, 2026 hearing before Judge Garcia in Cameron County, Texas.

7. After sending the governor's requisition warrant and supporting documentation to Texas, my colleagues and I were initially in regular communication with extradition officials in the Office of Governor Abbott. I understand that officials with the Hennepin County Attorney's Office also were initially in communication with extradition officials in Governor Abbott's office.

8. Attached as Exhibit D to this declaration is a true and correct copy of an email thread between the Office of Minnesota Governor Tim Walz and the Office of Texas Governor Greg Abbott, dated June 8, 2026 through June 30, 2026.

9. Attached as Exhibit E to this declaration is a true and correct copy of a rendition warrant for a person charged in Minnesota with felony theft and located in Texas, signed by Governor Abbott on June 30, 2026 and transmitted to the Dallas County Sheriff's Office on July 1, 2026. Based on a review of my office's records, I understand

that my office transmitted the extradition packet for this person to Governor Abbott's office on May 21, 2026.

10. Attached as Exhibit F to this declaration is a true and correct copy of a rendition warrant for a person charged in Minnesota with felony identity theft and located in Texas, signed by Governor Abbott on July 1, 2026 and transmitted to the Harris County Sheriff's Office on July 9, 2026. Based on a review of my office's records, I understand that my office transmitted the extradition packet for this person to Governor Abbott's office on May 21, 2026.

11. Throughout July 2026, my colleagues and I made repeated efforts to communicate with Governor Abbott's office about the rendition warrant for Castro.

12. Attached as Exhibit G to this declaration is a true and correct copy of an email thread between the Office of Minnesota Governor Tim Walz and the Office of Texas Governor Greg Abbott, dated July 2, 2026 through July 21, 2026. Since the conclusion of this email thread on July 21, Governor's Abbott's office has not provided my office with any updates regarding the status of Castro's extradition.

13. Attached as Exhibit H to this declaration is a true and correct copy of a letter from Hennepin County Attorney Mary Moriarty to Governor Greg Abbott, dated July 30, 2026.

14. Attached as Exhibit I to this declaration is a true and correct copy of a rendition warrant for a person charged in Minnesota with several felony offenses, including second-degree assault, and located in Texas, signed by Governor Abbott on August 5, 2026 and transmitted to the Hidalgo County Sheriff's Office on August 13,

2026. Based on a review of my office's records, I understand that my office transmitted the extradition packet for this person to Governor Abbott's office on June 24, 2026.

15. Attached as Exhibit J to this declaration is a true and correct copy of a letter from Minnesota Attorney General Keith Ellison to Governor Greg Abbott, dated August 13, 2026.

16. I understand that to date, Governor Abbott has not responded to either the letter from Hennepin County Attorney Moriarty or the letter from Attorney General Keith Ellison, and he has continued to withhold the governor's rendition warrant to effectuate Castro's extradition to Minnesota.

**B. Historical Practice of Extraditions Between Texas and Minnesota**

17. I have reviewed my office's data regarding extradition warrants sent and received between Texas and Minnesota to determine the historical course of conduct regarding extraditions between the two states.

18. During the last five years, Minnesota has sought extradition from Texas of approximately 11 people charged with crimes in Minnesota and found in Texas. Governor Abbott signed governor's rendition warrants in response to each of Governor Walz's requisition warrants in an average of less than 30 days from when Minnesota sent its requests. These included an extradition request for a person charged with second degree assault for which Governor Abbott signed a rendition warrant 17 days after Minnesota sent its requisition warrant.

19. During the last five years, Texas has sought extradition from Minnesota of approximately 21 people charged with crimes in Texas and found in Minnesota.

Governor Walz signed rendition warrants in response to each of Governor Abbott's requisition warrants in an average of less than 5 days from when Texas sent its requests. These include two extradition requests for which Governor Walz has signed rendition warrants in 10 days or less during the time Minnesota's extradition request for Castro has been pending with Governor Abbott's office.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that everything I have stated in this document is true and correct.

Executed on August 17, 2026
Ramsey County
State of Minnesota

Adam Johnson