# DECLARATION OF ADAM JOHNSON

# EXHIBIT B

# Transaction Record

FedEx

| TRACKING NO.: | SHIP DATE: | ESTIMATED TOTAL COST: |
|---|---|---|
| 872565170917 | Jun 2, 2026 | 12.23 USD |

## From address

**Erin Bauer**
75 REV DR MARTIN LUTHER KING J
STE 130
55101 MN ST PAUL
US
Phone: 6124228332
noah.shadis@state.mn.us

## To address

**Gabby Gomez**
Office of the Governor
1100 San Jacinto Boulevard
78701 TX AUSTIN
US
Phone: 5124631788

## Package information

| **Pieces** | **Weight** | **Dimensions** (LxWxH) | **Carriage value** | **Package options** |
|---|---|---|---|---|
| 1 x | 1.00 lb | | | n/a |

**Packaging type:**
FedEx Envelope

**Service:**
FedEx Standard Overnight

**Pickup / drop-off type:**
I'll drop off my shipment at a FedEx location

## Billing information

Bill transportation cost to: ******480
Bill duties, taxes and fees to:
Your reference:

P.O. No.:
Invoice No.:
Department No.:

**Please note:** This transaction record is neither a statement nor an invoice, and does not confirm shipment tendered to FedEx or payment. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

FedEx

Tracking ID: 872565170917

# Travel history

You're viewing the most updated information to help minimize the need for customer support.

Wednesday, 06/03/2026

11:32 AM
**Delivered**
AUSTIN, TX

- 8:27 AM
  **On FedEx vehicle for delivery**
  AUSTIN, TX
- 7:38 AM
  **At local FedEx facility**
  AUSTIN, TX
- 2:30 AM
  **Departed FedEx hub**
  MEMPHIS, TN
- 12:25 AM
  **On the way**
  MEMPHIS, TN

Tuesday, 06/02/2026

- 11:15 PM
  **Arrived at FedEx hub**
  MEMPHIS, TN
- 8:03 PM
  **Left FedEx origin facility**
  ROSEVILLE, MN
- 5:54 PM
  **Picked up**
  ROSEVILLE, MN
- 4:37 PM
  **Shipment information sent to FedEx**

## Shipment facts

### Shipment overview

**TRACKING NUMBER** 872565170917

**DELIVERED TO** Residence

**STANDARD TRANSIT** 6/03/2026 before 5:00 pm

**DELIVERED** 6/03/2026 at 11:32 am

## Services

**SERVICE** FedEx Standard Overnight

**TERMS** Shipper

**SPECIAL HANDLING SECTION** Deliver Weekday

## Package details

**WEIGHT** 1 lbs / 0.45 kgs

**TOTAL PIECES** 1

**TOTAL SHIPMENT WEIGHT** 1 lbs / 0.45 kgs

**PACKAGING** FedEx Envelope

---

**OUR COMPANY**
About FedEx
Our Portfolio
Investor Relations
Careers
Transportation Contracting Opportunities
FedEx Blog
Corporate Responsibility
Newsroom
Contact Us

**MORE FROM FEDEX**
FedEx Compatible
FedEx Developer Portal
FedEx Logistics

**POLICY CENTER**
Terms of Use
Privacy & Security
Ad Choices
Your Privacy Choices