# DECLARATION OF ADAM JOHNSON

# EXHIBIT C

# WAIVER OF EXTRADITION

**EX PARTE:**
**Christian Jeremiah Castro** **NO: 26000126**

I, **Christian Jeremiah Castro** , on the below stated date, was duly admonished by a Judge of the, State District Court / Magistrate Court, a Court of Record in Cameron County, Texas, that I have pending criminal charges in the below demanding state, and said state has requested my extradition thereto. Further, the following rights pursuant to my waiver of extradition were explained to me:

1. I have a right to consult with counsel; if I am indigent and cannot afford counsel, counsel will be appointed for me.
2. Under the Texas Code of Criminal Procedure, I have a right to have a Warrant of Extradition and/or a Writ of Habeas Corpus issued and served against me by the demanding state.

By my signature below, I do hereby freely and voluntarily waive all of the aforesaid rights and all other procedural rights incidental to my extradition to the State of Minnesota and I do hereby consent to return to said demanding State.

Dated this 4TH day of JUNE , 2026.

REFUSED TO SIGN
Defendant
CHRISTIAN JEREMIAH CASTRO

Judge
JUDGE GABRIELA GARCIA
138TH DISTRICT COURT

WARRANT: 26000126
CHARGES: ASSLT DANGEROUS WPN
BOND: No Bond

THE STATE OF TEXAS

[Johnson Decl., Ex. C, p. 1]

**BE IT KNOWN** that on the below stated date, there appeared in open court Jorge Marquez a Peace Officer in and for Cameron County, Texas, with a warrant for the arrest of Christian Jeremiah Castro charged with the offense of ASSLT DANGEROUS WPN a felony, alleged to have been committed in the State of Minnesota. There also appeared in open court the person named in said warrant of arrest, to wit Christian Jeremiah Castro. The Court advised the said Christian Jeremiah Castro of the criminal charge pending against him/her in the State of Minnesota and advised him/her of their right to counsel and, if indigent, of his/her right to the appointment of counsel. The Court further advised said individual of their right to refuse to waive the proceedings and service of a Warrant of Extradition in connection with said extradition proceedings, and also advised him/her of their right to obtain a Writ of Habeas Corpus, all as provided in the Texas Code of Criminal Procedure. The said, Christian Jeremiah Castro in open court, advised the court that he/she desired to waive all of the foresaid right and all other procedural right incidental to the extradition to the State of Minnesota.

WHEREFORE the Court having heard the consent of said, Christian Jeremiah Castro finds that the said, Christian Jeremiah Castro voluntarily and intelligently waives any and all rights afforded to him/her under the laws of this state and consents to voluntarily return to the said demanding state.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED by the court that the Sheriff of Cameron County, Texas in whose custody the said, Christian Jeremiah Castro now is, deliver the body of said, Christian Jeremiah Castro to a duly authorized agent of the demanding state for transportation to said State, there to answer the charges pending against him/her.

It is further ORDERED that the Clerk of this court make and deliver a certified copy of this Order and of the Written Waiver signed by the said, Christian Jeremiah Castro to the said agent of the demanding state and to the Governor of the State of Texas.

SIGNED FOR ENTRY this 4TH day of JUNE, 2026.

Judge Presiding
JUDGE GABRIELA GARCIA
138TH DISTRICT COURT