# DECLARATION OF ADAM JOHNSON

# EXHIBIT D

**From:** Gabby Gomez
**To:** Bauer, Erin (GOV)
**Subject:** RE: Castro Extradition
**Date:** Tuesday, June 30, 2026 11:53:42 AM
**Attachments:** image001.png

---

Hi Erin!

My Deputy General Counsel said he could call you and tell you where he's at with it (he has it on his desk.)

Here's his info:

Jason T. Bramow
Assistant General Counsel
Office of Governor Greg Abbott
512-936-0181
jason.bramow@gov.texas.gov

I think he's at a meeting right now, but I've given him your info too

**Gabby Gomez**
State Extradition Coordinator
Office of Texas Governor Greg Abbott
General Counsel Division
1100 San Jacinto Boulevard
Austin, Texas 78701
gabby.gomez@gov.texas.gov
512- 463-8371

---

**From:** Bauer, Erin (GOV) <Erin.Bauer@state.mn.us>
**Sent:** Monday, June 29, 2026 1:19 PM
**To:** Gabby Gomez <gabby.gomez@gov.texas.gov>
**Subject:** RE: Castro Extradition

[**EXTERNAL SENDER**] - Do not click on links or open attachments in unexpected messages.

Hi Gabby,

I wanted to touch base to see if the Castro paperwork has been sent to your locality yet!

Thanks,
Erin

---

**From:** Bauer, Erin (GOV) <Erin.Bauer@state.mn.us>
**Sent:** Tuesday, June 23, 2026 12:03 PM
**To:** Gabby Gomez <gabby.gomez@gov.texas.gov>
**Subject:** Re: Castro Extradition

Ah, ok! Do you think you will send it to your county this week? I have folks on my end asking for an update and I am hoping to give them a timeline.

Thanks!!
Erin

---

**From:** Gabby Gomez <gabby.gomez@gov.texas.gov>
**Sent:** Tuesday, June 23, 2026 12:01 PM
**To:** Bauer, Erin (GOV) <Erin.Bauer@state.mn.us>
**Subject:** RE: Castro Extradition

My signatories still need to sign it, once I get it back I will overnight it to my locality.

**Gabby Gomez**
State Extradition Coordinator
Office of Texas Governor Greg Abbott
General Counsel Division
1100 San Jacinto Boulevard
Austin, Texas 78701
gabby.gomez@gov.texas.gov
512- 463-8371

---

**From:** Bauer, Erin (GOV) <Erin.Bauer@state.mn.us>
**Sent:** Tuesday, June 23, 2026 12:00 PM
**To:** Gabby Gomez <gabby.gomez@gov.texas.gov>
**Subject:** Re: Castro Extradition

[**EXTERNAL SENDER**] - Do not click on links or open attachments in unexpected messages.

Are you planning to send it to the county tomorrow or is there anything else that needs to be done on your end?

---

**From:** Gabby Gomez <gabby.gomez@gov.texas.gov>
**Sent:** Tuesday, 23 June 2026 11:58:41
**To:** Bauer, Erin (GOV) <Erin.Bauer@state.mn.us>
**Subject:** RE: Castro Extradition

Hi Erin,

I'm hoping to have it back by tomorrow!

**Gabby Gomez**
State Extradition Coordinator
Office of Texas Governor Greg Abbott
General Counsel Division
1100 San Jacinto Boulevard
Austin, Texas 78701
gabby.gomez@gov.texas.gov
512- 463-8371

---

**From:** Bauer, Erin (GOV) <Erin.Bauer@state.mn.us>
**Sent:** Tuesday, June 23, 2026 11:46 AM
**To:** Gabby Gomez <gabby.gomez@gov.texas.gov>
**Subject:** Re: Castro Extradition

[**EXTERNAL SENDER**] - Do not click on links or open attachments in unexpected messages.

Hi Gabby,

Hope you are doing well! I wanted to follow up to see if your office has an update on this paperwork!

Thanks,
Erin

---

**From:** Bauer, Erin (GOV)
**Sent:** Tuesday, 16 June 2026 10:43:29
**To:** Gabby Gomez <gabby.gomez@gov.texas.gov>
**Subject:** RE: Castro Extradition

Hi Gabby,

I wanted to follow up to see if your office has an update on this paperwork yet!

Thanks,
Erin

---

**From:** Bauer, Erin (GOV)
**Sent:** Thursday, June 11, 2026 2:40 PM
**To:** 'Gabby Gomez' <gabby.gomez@gov.texas.gov>
**Subject:** RE: Castro Extradition

Hi Gabby,

I wanted to follow up to see if your office has finished the paperwork yet. It sounds like there is a hearing today.

Thanks,
Erin

---

**From:** Bauer, Erin (GOV)
**Sent:** Wednesday, June 10, 2026 9:37 AM
**To:** 'Gabby Gomez' <gabby.gomez@gov.texas.gov>
**Subject:** RE: Castro Extradition

Hi Gabby,

I wanted to follow up to see if your office has finished the paperwork for Castro. It sounds like there is another hearing scheduled for tomorrow.

Thanks,
Erin

---

**From:** Bauer, Erin (GOV)
**Sent:** Monday, June 8, 2026 5:48 PM
**To:** 'Gabby Gomez' <gabby.gomez@gov.texas.gov>
**Subject:** RE: Castro Extradition

Hi Gabby,

Ok! I am hearing from our county in Minnesota that this is time sensitive so if it possible to move it up in the pile, that would be great!

Thanks,
Erin

---

**From:** Gabby Gomez <gabby.gomez@gov.texas.gov>
**Sent:** Monday, June 8, 2026 3:22 PM
**To:** Bauer, Erin (GOV) <Erin.Bauer@state.mn.us>
**Subject:** RE: Castro Extradition

**This message may be from an external email source.**
Do not select links or open attachments unless verified. Report all suspicious emails to Minnesota IT Services Security Operations Center.

---

Hi Erin,

Thank you, I hope you're doing well too! My General Counsel was traveling last week and he got back today, he's catching up on paperwork and other things. I'm not sure when he will be able to get to it. He has a huge stack of extraditions I left for him. I will keep your office updated and let you know the minute I get it back. Sorry about the delay!

**Gabby Gomez**
State Extradition Coordinator
Office of Texas Governor Greg Abbott
General Counsel Division
1100 San Jacinto Boulevard
Austin, Texas 78701
gabby.gomez@gov.texas.gov
512- 463-8371

---

**From:** Bauer, Erin (GOV) <Erin.Bauer@state.mn.us>
**Sent:** Monday, June 8, 2026 2:59 PM
**To:** Gabby Gomez <gabby.gomez@gov.texas.gov>
**Subject:** Castro Extradition

[**EXTERNAL SENDER**] - Do not click on links or open attachments in unexpected messages.

Hi Gabby,

Hope you are doing well! Has your office been able to wrap up and send out the extradition paperwork for Christian Castro? Just wanted to touch base for an update!

Thanks,
Erin

**Erin Bauer** (she/her/hers)
Special Assistant to the General Counsel
Office of Governor Tim Walz and Lieutenant Governor Peggy Flanagan
(612) 422-8332| mn.gov/governor