# DECLARATION OF ADAM JOHNSON

# EXHIBIT F

GOVERNOR GREG ABBOTT

July 9, 2026 14-75076

Sheriff Ed Gonzalez
Harris County Sheriff's Office
Fugitive Warrants
1200 Baker Street Street
Houston, Texas 77002

Re: Extradition of **MALACHAI LADAE ALLEN WHITE** **90th: 07/24/2026**

Dear Sheriff Gonzalez:

At the direction of Governor Greg Abbott, I am forwarding the governor's extradition warrant and related papers in the case of the above-named subject. Pursuant to the provisions of article 51.13, Texas Code of Criminal Procedure, you must execute this warrant as soon as possible, however, please contact your District Attorney's office prior to service of the Governor's warrant to ensure this defendant does not have any outstanding local criminal charges that may need to be disposed of prior to extradition procedures.

After the warrant has been served, the defendant must be taken before a judge of a court of record in this state who shall inform the defendant of the demand made for his extradition, the crime with which he is charged, and the right to demand and procure counsel. Failure to take a defendant before a judge prior to removal from Texas jurisdiction is subject to penal sanctions. The Uniform Criminal Extradition Act precludes the granting of bail once the defendant is arrested on the Governor's warrant.

**Should the defendant file a writ of habeas corpus or disposition of a local charge delay action on this warrant, please notify this office as well as the demanding agency of any scheduled court dates, updates, or delays in the extradition process.**

When all statutory requirements have been complied with and the defendant is available to transfer to the demanding state, please contact the following individual to arrange transportation, and **return all documents this office for filing** once the defendant has been released to the agent(s).

Sheriff Jason Kamerud
Carver County Sheriff's Office
606 East 4th Street
Chaska, MN 55318
(952) 361-1281

Sincerely,

Gabby Gomez
Extradition Coordinator

cc: Adam Johnson, Office of Governor Tim Walz *(via email)*

**IN THE NAME OF AND BY THE AUTHORITY OF**

# THE STATE OF TEXAS

## EXECUTIVE DEPARTMENT

**TO ALL SHERIFFS AND OTHER PEACE OFFICERS OF THIS STATE:**

**WHEREAS,** it has been represented to me by the Governor of the State of **Minnesota,** that **Malachi Ladae Allen White (and aliases),** the accused, stands charged with the crime(s) of **Felony Identity Theft** and is now to be found in the State of Texas, and the said Governor of **Minnesota** having, in pursuance of the Constitution and laws of the United States and of the State of Texas, demanded of me that I shall cause the said accused to be arrested and delivered to **Carver County Sheriff, Jason Kamerud, and/or designated agent(s) of Carver County, Minnesota,** as agents hereby authorized to receive into custody and convey the accused back to said state; and

**WHEREAS,** the said representation and demand is accompanied by a copy of **Complaint Made Before a Magistrate and Warrant,** certified by the Governor of said state to be authentic, whereby the accused is charged with said crime.

**THEREFORE,** I, Greg Abbott, Governor of Texas, by this warrant command you to arrest and secure the said accused, wherever he or she may be found within this State, to be delivered into the custody of said agent(s) to be taken back to said state, pursuant to said requisition, there to be dealt with according to law.

**IN TESTIMONY WHEREOF,** I have hereunto signed my name and caused to be affixed the Great Seal of State, at Austin, Texas, this 15th day of July, A.D. 2026.

**TREVOR W. EZELL**
Authenticating Officer for
Governor Greg Abbott*

**JANE NELSON**
SECRETARY OF STATE

*Delegation of the Governor's signature authority, pursuant to Article 2.24 of the Texas Code of Criminal Procedure, is on file with the Secretary of State's Office.