# DECLARATION OF ADAM JOHNSON

# EXHIBIT G

**From:** Jason Bramow
**To:** Johnson, Adam M (GOV)
**Cc:** Gabby Gomez; Acosta-Mendoza, Fatima (GOV)
**Subject:** RE: Castro Extradition
**Date:** Tuesday, July 21, 2026 2:44:01 PM
**Attachments:** image001.png

---

Adam,

Thank you for your reaching out. As I said in my previous email, I will provide an update as soon as I have one.

Sincerely,

**Jason T. Bramow**
Deputy General Counsel
Office of Governor Greg Abbott
512-936-0181
jason.bramow@gov.texas.gov

---

**From:** Johnson, Adam M (GOV) <Adam.M.Johnson@state.mn.us>
**Sent:** Tuesday, July 21, 2026 1:21 PM
**To:** Jason Bramow <jason.bramow@gov.texas.gov>
**Cc:** Gabby Gomez <gabby.gomez@gov.texas.gov>; Acosta-Mendoza, Fatima (GOV) <Fatima.Acosta-Mendoza2@state.mn.us>
**Subject:** RE: Castro Extradition

[**EXTERNAL SENDER**] - Do not click on links or open attachments in unexpected messages.

Good afternoon, Jason,

I left you another voicemail today wanting to check in on the Castro extradition again. It's been nearly two months without an update at this point. Please advise on when we can anticipate Governor Abbot issuing his warrant. My number is in my signature and I'd appreciate a returned phone call or a response to this message.

Thank you,
Adam

**Adam Johnson** (he/him)
Deputy General Counsel
Office of Governor Tim Walz and Lieutenant Governor Peggy Flanagan
(952) 495-3458 | mn.gov/governor

DISCLAIMER: This e-mail is intended to be read only by the intended recipient. It may contain confidential and/or privileged information, and may be protected from disclosure by law. If you are not the intended recipient, any review, dissemination, retransmission, distribution or copying of this e-mail (or its attachments) is strictly prohibited. If you received this e-mail in error, please notify the sender immediately and delete this e-mail and any attachments.

---

**From:** Johnson, Adam M (GOV)
**Sent:** Tuesday, July 14, 2026 11:14 AM
**To:** 'Jason Bramow' <jason.bramow@gov.texas.gov>
**Cc:** Gabby Gomez <gabby.gomez@gov.texas.gov>; Acosta-Mendoza, Fatima (GOV) <Fatima.Acosta-Mendoza2@state.mn.us>
**Subject:** RE: Castro Extradition

Good morning, Jason,

Hope your 4th weekend was restful. I just left you a voicemail asking about an update on this extradition. I know your team has been working through a backlog but as I've been working with Gabby on an extradition that you received from us several weeks after Castro, I was hoping you'd have an update for me on Castro.

Thanks and talk soon,
Adam

**Adam Johnson** (he/him)
Deputy General Counsel
Office of Governor Tim Walz and Lieutenant Governor Peggy Flanagan
(952) 495-3458 | mn.gov/governor

DISCLAIMER: This e-mail is intended to be read only by the intended recipient. It may contain confidential and/or privileged information, and may be protected from disclosure by law. If you are

not the intended recipient, any review, dissemination, retransmission, distribution or copying of this e-mail (or its attachments) is strictly prohibited. If you received this e-mail in error, please notify the sender immediately and delete this e-mail and any attachments.

---

**From:** Jason Bramow <jason.bramow@gov.texas.gov>
**Sent:** Thursday, July 2, 2026 11:44 AM
**To:** Johnson, Adam M (GOV) <Adam.M.Johnson@state.mn.us>; Bauer, Erin (GOV) <Erin.Bauer@state.mn.us>
**Cc:** Gabby Gomez <gabby.gomez@gov.texas.gov>
**Subject:** RE: Castro Extradition

**This message may be from an external email source.**
Do not select links or open attachments unless verified. Report all suspicious emails to Minnesota IT Services Security Operations Center.

---

Thanks, Erin, and nice to meet you as well, Adam.

I do not have a status update at this time but will let you know as soon as I am able to provide one.

Sincerely,

**Jason T. Bramow**
Deputy General Counsel
Office of Governor Greg Abbott
512-936-0181
jason.bramow@gov.texas.gov

---

**From:** Johnson, Adam M (GOV) <Adam.M.Johnson@state.mn.us>
**Sent:** Thursday, July 2, 2026 11:37 AM
**To:** Bauer, Erin (GOV) <Erin.Bauer@state.mn.us>; Jason Bramow <jason.bramow@gov.texas.gov>
**Subject:** RE: Castro Extradition

[**EXTERNAL SENDER**] - Do not click on links or open attachments in unexpected messages.

Thanks for connecting us, Erin.

Hi Jason!

As Erin mentioned, I'll be the point of contact on this one going forward. Good to meet you and

look forward to connecting if there's any issue after she departs.

Have a great weekend!
Adam

**Adam Johnson** (he/him)
Deputy General Counsel
Office of Governor Tim Walz and Lieutenant Governor Peggy Flanagan
(952) 495-3458 | mn.gov/governor

DISCLAIMER: This e-mail is intended to be read only by the intended recipient. It may contain confidential and/or privileged information, and may be protected from disclosure by law. If you are not the intended recipient, any review, dissemination, retransmission, distribution or copying of this e-mail (or its attachments) is strictly prohibited. If you received this e-mail in error, please notify the sender immediately and delete this e-mail and any attachments.

---

**From:** Bauer, Erin (GOV) <Erin.Bauer@state.mn.us>
**Sent:** Thursday, July 2, 2026 11:28 AM
**To:** jason.bramow@gov.texas.gov
**Cc:** Johnson, Adam M (GOV) <Adam.M.Johnson@state.mn.us>
**Subject:** Castro Extradition

Hi Jason,

I wanted to follow up to see if you had a status update on the extradition packet for Christian Castro.

I am also looping in my colleague Adam Johnson to this message, as my last day with the Governor's Office is Wednesday, July 8. He will be your primary point of contact for this extradition.

Thanks,
Erin

**Erin Bauer** (she/her/hers)

Special Assistant to the General Counsel
Office of Governor Tim Walz and Lieutenant Governor Peggy Flanagan
(612) 422-8332| mn.gov/governor

