# DECLARATION OF ADAM JOHNSON

# EXHIBIT H

**OFFICE OF THE HENNEPIN COUNTY ATTORNEY**
**MARY F. MORIARTY** COUNTY ATTORNEY

July 30, 2026

The Honorable Greg Abbott
Office of the Governor
1100 San Jacinto Blvd
Austin, TX 78701

Re: Request for Signature on Extradition Paperwork – Christian J. Castro

Dear Governor Abbott,

I am writing to request that you review and sign the extradition paperwork for Christian J. Castro, currently held in a Cameron County, Texas, pursuant to a nationwide warrant issued in Hennepin County, Minnesota.

Mr. Castro stands charged in Minnesota with four counts of Assault in the Second Degree with a Dangerous Weapon and one count of Falsely Reporting a Crime. These serious charges arise from an incident on January 14, 2026, in Minneapolis, where Mr. Castro discharged a firearm into a residence, injuring one person and endangering others. The victims in the case – Julio Sosa-Celis, Alfredo Aljorna, Valentina del Los Angelos Tiapa Moreno, and Indriany Syrisnoy Mendoza Camacho – have been waiting for months for court proceedings to begin.

We are thankful for the support of the Texas Rangers in May 2026, who were vital in safely arresting Mr. Castro and booking him into the Cameron County Jail. We are also thankful for the ongoing collaboration with the prosecuting authority in Cameron County, Texas, who worked with us to file the fugitive complaint and who stands ready to present to the Texas judge the information she will need to order extradition.

The final step is for you as the Governor to sign the extradition paperwork so that we can proceed with the case in Minnesota. We are asking that you sign the extradition paperwork immediately. Mr. Castro was arrested on May 29, 2026, over 2 months ago. Texas law, under the Uniform Criminal Extradition Act (UCEA), provides a clear framework for interstate extradition. The process has been initiated in full compliance with both Texas and Minnesota statutes, and all procedural requirements have been met.

Should you require any additional information, please do not hesitate to contact our office. Thank you for your attention to this important matter and for your continued cooperation in upholding the rule of law.

Respectfully,

Mary F. Moriarty
Hennepin County Attorney