# DECLARATION OF ADAM JOHNSON

# EXHIBIT I

THE STATE OF TEXAS GOVERNOR

GOVERNOR GREG ABBOTT

August 13, 2026 14-75143

Sheriff J.E. "Eddie" GuerraJoshua O. Ray
Hidalgo County Sheriff's Office
Fugitive Warrants
701 E El Cibolo RoadEdinburg, Texas 78541

Re: Extradition of **EUSEVIO FLORES MENDOZA, JR.**

Dear Sheriff Guerra:

At the direction of Governor Greg Abbott, I am forwarding the governor's extradition warrant and related papers in the case of the above-named subject. Pursuant to the provisions of article 51.13, Texas Code of Criminal Procedure, you must execute this warrant as soon as possible, however, please contact your District Attorney's office prior to service of the Governor's warrant to ensure this defendant does not have any outstanding local criminal charges that may need to be disposed of prior to extradition procedures.

After the warrant has been served, the defendant must be taken before a judge of a court of record in this state who shall inform the defendant of the demand made for his extradition, the crime with which he is charged, and the right to demand and procure counsel. Failure to take a defendant before a judge prior to removal from Texas jurisdiction is subject to penal sanctions. The Uniform Criminal Extradition Act precludes the granting of bail once the defendant is arrested on the Governor's warrant.

**Should the defendant file a writ of habeas corpus or disposition of a local charge delay action on this warrant, please notify this office as well as the demanding agency of any scheduled court dates, updates, or delays in the extradition process.**

When all statutory requirements have been complied with and the defendant is available to transfer to the demanding state, please contact the following individual to arrange transportation, and **return all documents this office for filing** once the defendant has been released to the agent(s).

Chief Deputy Sheriff Joseph Yetzer
Rice County Sheriff's Office (507) 332-6027
50 East View Drive
Fairbault, MN 55021

Sincerely,

Gabby Gomez
Extradition Coordinator

cc: Fatima Acosta-Mendoza, Minnesota Extradition Coordinator *(via email)*

**IN THE NAME OF AND BY THE AUTHORITY OF**

# THE STATE OF TEXAS

## EXECUTIVE DEPARTMENT

**TO ALL SHERIFFS AND OTHER PEACE OFFICERS OF THIS STATE:**

**WHEREAS,** it has been represented to me by the Governor of the State of **Minnesota**, that **Eusevio Flores Mendoza, Jr. (and aliases)**, fugitive, stands **charged** with the Crime(s) of **Felony Criminal Sexual Conduct-1st Degree, Felony Criminal Sexual Conduct- 3rd Degree, Felony Kidnapping, Felony Assault- 2nd Degree-Dangerous Weapon, Felony Assault- 3rd Degree-Substantial Bodily Harm, Felony Harassment/Stalking, Felony Assault -5th Degree, Felony Terroristic Threat- Threat to Commit a Crime of Violence, Felony Violation of an Order for Protection, and Gross Misdemeanor Domestic Assault,** committed in said State, and that he fled from the justice of that State, and has taken refuge in the State of Texas, and the said Governor of **Minnesota** having, in pursuance of the Constitution and laws of the United States and of the State of Texas, demanded of me that I shall cause the said fugitive to be arrested and delivered to **Rice County Sheriff Jesse Thomas and/or designated agent(s) of Minnesota,** hereby authorized to receive into custody and convey the fugitive back to said State; and

**WHEREAS,** the said representation and demand is accompanied by a copy of the **Complaint Made Before a Magistrate and Warrant,** certified by the Governor of said State to be authentic, whereby the said fugitive is charged with said crime(s).

**THEREFORE, I, GREG ABBOTT**, Governor of Texas, by this warrant command you to arrest and secure the said fugitive, wherever he may be found within this State, and to deliver said fugitive into the custody of said agent(s), to be taken back to said State from which he fled, pursuant to the said requisition, there to be dealt with according to law.

**IN TESTIMONY WHEREOF,** I have hereunto signed my name and caused to be affixed the Great Seal of State, at Austin, Texas, this 5th day of August, A.D. 2026.

**TREVOR W. EZELL**
Authenticating Officer for
Governor Greg Abbott*

**ROBERT S. HOWDEN**
SECRETARY OF STATE

*Delegation of the Governor's signature authority, pursuant to Article 2.24 of the Texas Code of Criminal Procedure, is on file with the Secretary of State's Office.