**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| STATE OF MINNESOTA, *ex rel. Governor Tim Walz and Attorney General Keith Ellison*,<br><br>Plaintiff,<br><br>v.<br><br>GREG ABBOTT*, in his official capacity as Governor of the State of Texas,* and<br><br>MANUEL TREVINO, *in his official capacity as Sheriff of Cameron County, Texas,*<br><br>Defendants. | Case No.: 1:26-cv-00906 |

## [PROPOSED] TEMPORARY RESTRAINING ORDER

This matter comes before the Court on Plaintiff's Application for a Temporary Restraining Order pursuant to Fed. R. Civ. P. 65 and the All Writs Act. Having reviewed the Complaint, Application, Memorandum of Law, and other evidence and argument submitted in support of the Motion, and in accordance with Federal Rule of Civil Procedure 65, for good cause shown, the Court finds that Plaintiff has satisfied the requirements for the issuance of a temporary restraining order. Plaintiff has established (1) a substantial likelihood of success on the merits of its claim, (2) that it will be irreparably harmed absent a temporary restraining order requiring Defendant Governor Greg Abbott to execute a governor's rendition warrant for Christian Castro in compliance

with his duties under the Constitution and federal and state law and, in the interim, enjoining Defendant Cameron County Sheriff Manuel Trevino from releasing Castro from custody, and (3) that the public interest and balance of the equities strongly favor entry of a temporary restraining order to prevent irrevocable harm to Plaintiff's right to enforce its criminal laws.

It is hereby ORDERED that a TEMPORARY RESTRAINING ORDER IS ENTERED in this case. It is further ORDERED that:

1) Defendant Texas Governor Greg Abbott is ORDERED to execute a rendition warrant for Christian Castro's extradition forthwith.

2) Defendant Cameron County Sheriff Manuel Trevino, together with his employees, agents, and anyone acting in concert with them, are ENJOINED from releasing Christian Castro from custody until Defendant Texas Governor Greg Abbott has executed a rendition warrant and Castro is transferred to Plaintiff's agents for extradition.

3) The Court, in its discretion, waives the requirement for Plaintiff to post bond under Federal Rule of Civil Procedure 65(c).

BY THE COURT:

Dated: ______________________ ____________________________________

U.S. District Judge, Southern District of Texas