United States District Court
Southern District of Texas
ENTERED
August 18, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT — SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Tim Walz, et al. | § | |
| | § | |
| | § | |
| *versus* | § | Civil Action 1:26−cv−00906 |
| | § | |
| | § | |
| Greg Abbott, et al. | § | |

## Order Setting Initial Pretrial Conference

1. Counsel shall appear for an Initial Pretrial Conference:

**October 27, 2026, at 01:30 PM**
Before the Honorable Fernando Rodriguez, Jr.
United States District Judge
Third Floor-Courtroom No. 6
United States Courthouse
600 E. Harrison Street, #301
Brownsville, Texas 78520

2. The Plaintiff(s) filing this suit, or the party removing this suit from state court, **SHALL SERVE THE OPPOSING PARTY OR PARTIES** with copies of this ORDER SETTING INITIAL PRETRIAL CONFERENCE.

3. The plaintiff must serve the defendant within 90 days of filing the complaint. The plaintiff's failure to file proof of service within that time may result in dismissal by the court on its own initiative. See Fed. R. Civ. P. 4(m).

4. Within 15 days of receiving this order, counsel must file a list of all entities that are financially interested in this litigation, including parent, subsidiary, and affiliated corporations as well as all known attorneys of record. When a group description is effective disclosure, an individual listing is not necessary. Underline the names of corporations with publicly traded securities. Counsel must promptly amend the list when parties are added or additional interested parties are identified.

5. At least three business days before the Initial Pretrial Conference, counsel must file a Joint Discovery and Case Management Plan, pursuant to Federal Rule of Civil Procedure 26(f).

6. By the Initial Pretrial Conference, counsel will have interviewed their clients and read all readily available relevant documents.

7. By the Initial Pretrial Conference, counsel must have discussed the possible effectiveness of Alternative Dispute Resolution with their clients and each other. At the Initial Pretrial Conference, the court will consider whether a method of Alternative Dispute Resolution is suited to this case.

8. At the Initial Pretrial Conference, the Court may rule on motions pending or made at the conference.

9. Failure to comply with this Order Setting Initial Pretrial Conference may result in sanctions, including dismissal of the action and assessment of expenses.

Fernando Rodriguez, Jr.
United States District Judge