**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

Tim Walz, et al.
Plaintiff(s)

v.

Case No. 1:26−cv−00906

Greg Abbott, et al.
Defendant(s)

---

# NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Fernando Rodriguez, Jr

**PLACE:**
by telephone

**DATE:** 8/19/2026

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Telephone Conference

Date: August 19, 2026

Nathan Ochsner, Clerk
by B. Espinoza, Deputy Clerk