United States District Court
Southern District of Texas
**ENTERED**
August 19, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TIM WALZ, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-00906 |
| | § | |
| GREG ABBOTT, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

The Court has reviewed Plaintiff Tim Walz's Application for Temporary Restraining Order (Doc. 8). To facilitate the Court's consideration of the issues presented in the Application, it is:

**ORDERED** that by no later than August 24, 2026, at 12:00 p.m., Defendants Greg Abbott and Manuel Trevino shall file a response to the Application for Temporary Restraining Order; and

**ORDERED** that the parties shall appear for a hearing on the Application for Temporary Restraining Order (Doc. 8) on August 25, 2026, at 1:00 p.m. The Court shall conduct the hearing in person.

Signed on August 19, 2026.

Fernando Rodriguez, Jr.
Fernando Rodriguez, Jr.
United States District Judge