**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| TIM WALZ, *et al.*,<br>Plaintiffs, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 1:26-CV-00906 |
| GREG ABBOTT, *et al.*,<br>Defendants. | §<br>§<br>§ | |

**DEFENDANT TREVINO'S RESPONSE TO TRO**

**COMES NOW,** Defendant Cameron County Sheriff Manuel Trevino and files his response to Plaintiffs' Application for Temporary Restraining Order (Dkt. 8), and shows the following:

## A. INTRODUCTION

**1.1** Plaintiffs are State of Minnesota, on behalf of Governor Tim Walz and Attorney General Keith Ellison; Defendants are Greg Abbott, in his official capacity as the Governor of Texas and Manuel Trevino in his official capacity as the Cameron County Sheriff. Dkt. 1.

**1.2** Plaintiffs are suing for declaratory, injunctive, and mandamus relief. *Id.*

**1.3** As it relates to Defendant Trevino, Plaintiffs are seeking to restrain his statutorily mandated duty to release an in-state inmate who is wanted by the State of Minnesota. Dkt. 8. It is Defendant Trevino's position that he must follow state law unless otherwise ordered by the Court.

## B. FACTUAL BACKGROUND

**2.1** On May 29, 2026, the Texas Department of Public Safety arrested Christian Castro pursuant to a "fugitive-from-justice" warrant out of Minnesota. Ex. 1. He was processed and booked in a Cameron County jail where he is currently held. *Id*.

**2.2** He was magistrated on May 30th and initially given no bond. *Id*.

**2.3** On June 4, 2026, Castro refused to sign a Waiver of Extradition. Ex. 2.

**2.4** When a person is arrested because of an out of state warrant, Texas Code of Criminal Procedure Art. 51.05 states, "[o]ne arrested under the provisions of this title shall not be committed or held to bail for a longer time than ninety days." *See also* Tex. Code Crim. Pro. Arts. 51.07 and 51.13, Secs. 15 and 17.

**2.5** Given that (1) Castro was arrested on May 29, 2026 [Ex 1.], and (2) the Cameron County Sheriff has yet to receive a Governor's warrant from Defendant Abbott [Tex. Code of Crim. Pro. Art. 51.13, Secs. 13 and 15], Castro will be released from jail on the 90th day since his arrest as an operation of law. Tex. Code of Crim. Pro. Art. 51.05, 51.07, and 51.13, Sec. 17.

## C. ARGUMENT

**3.1** It is Defendant Trevino's position that he must follow state law to release Castro unless otherwise ordered by the Court.

## D. PRAYER

Defendant Trevino prays the Court decide the merits of Plaintiff's Temporary Restraining Order prior to the 90th Day.

Respectfully submitted,

COMMISSIONERS COURT-
CIVIL LEGAL DIVISION
1100 East Monroe Street
Brownsville, Texas 78520
Telephone: (956) 550-1345
Facsimile: (956) 550-1348

By: /s/ *Daniel N. Lopez*
Daniel N. Lopez
Litigation Counsel
Attorney in Charge
Texas State Bar No. 24086699
Southern District No. 3182267
daniel.n.lopez@co.cameron.tx.us

Juan A. Gonzalez
Chief Legal Counsel
Texas State Bar No. 08129310
Southern District No. 3472
juan.gonzalez@co.cameron.tx.us

## CERTIFICATE OF SERVICE

I, Daniel N. Lopez, do hereby certify that service of a true and correct copy of the foregoing document will be electronically served upon all counsel of record c/o U.S. District Court, Southern District of Texas-Brownsville Division, via the Court's Automatic Filing System, this 21st day of August, 2026:

/s/ Daniel N. Lopez
Daniel N. Lopez