EX. 1

# MAGISTRATE'S WARNING

**CAUSE NUMBER:** ____________________

**WARRANT NO:** 26000126
ID: 295823
D.O.B. 12/26/1973

**STATE OF TEXAS**
**vs**
**CASTRO, CHRISTIAN JEREMIAH**

**IN THE MAGISTRATE COURT FOR CAMERON COUNTY, TEXAS**

Before me, the undersigned magistrate in the State of Texas, on **30-May** 2026 at 9:07 a.m./p.m. **CASTRO, CHRISTIAN JEREMIAH**, appeared before me in Brownsville, Cameron County, Texas no later than 48 hours after said person was arrested, and said person was given the following warning by me:

_____ Misdemeanor class _____ **XXX** felony _____ _____ Warrantless **XXX** Warrant

| | | |
|---|---|---|
| X | 1. You are charged with the offense of **Misdemeanor / Felony** of: An affidavit charging you with this offense (has) (has not) been filed. | ASSLT DANGEROUS WPN (X4)/FALSELY REPORTING CRIME HENNEPIN CO MN |
| X | 2. You have the right to hire an attorney to represent you. | |
| X | 3. You have the right to have an attorney present prior to and during any interview and questioning by peace officers or attorneys representing the State. | |
| X | 4. You have the right to remain silent. | |
| X | 5. You are not required to make a statement, and any statement you make can and will be used against you in court. | |
| X | 6. You have the right to stop any interview or questioning at any time. | |
| X | 7. If you are charged with a felony you have the right to have an examining trial. | |
| X | 8. You have the right to request appointment of counsel if you cannot afford counsel. | |
| X | 9. By International Law you have the right to have your consulate officer notified if you are not a U.S. Citizen. | |

## II. UNDERSTANDING OF WARNING AND APPOINTMENT OF COUNSEL

appointment of counsel as explained to me by the magistrate.

✓ I am requesting appointment of counsel — [signature] Person Warned

I am **not** requesting appointment of counsel — ____________________ Person Warned

Accused refused to sign acknowledgement of warning: ____________________

| | |
|---|---|
| Date of arrest: | 5/29/2026 |
| Time of arrest: | 10:56 AM |
| Arresting agency: | DPS |
| Arresting officer: | HERRERA |

## III. CONSULAR TREATY NOTIFICATION

Defen+A45dant states:

✓ He / She is a citizen of the United State of America (if not a citizen of U.S. you must notify their consulate.)

_____ He / She is a citizen of ____________________ _____ **Yes, notify consulate** _____ **No, don't notify**

Bail is set at $ No Bond _____ Bail not determined _____ Bail denied

Fine set at $ __________ Plea: __________ **(Class "C" Offense)**

Pursuant to number 8 and 4 above, I explained the local procedures for requesting appointment of counsel in a manner the defendant could understand and procedure for notification of appropriate consulate officer, if requested. I provided any necessary paperwork and reasonably assisted in its completion. I forwarded the paperwork, if any, to the appropriate authority, without unnecessary delay, in no event more than 24 hours.

I further certify that I am a duly appointed as a Magistrate hearing officer for the Cameron County, Texas.

WITNESS MY HAND this 30th day of **MAY** **2026**

[signature]

Magistrate: Leonardo Rincones Jr. / Gabriela Martinez