EX. 2

# WAIVER OF EXTRADITION

**EX PARTE:**
**Christian Jeremiah Castro** **NO: 26000126**

I, **Christian Jeremiah Castro** , on the below stated date, was duly admonished by a Judge of the, State District Court Magistrate Court, a Court of Record in Cameron County, Texas, that I have pending criminal charges in the below demanding state, and said state has requested my extradition thereto. Further, the following rights pursuant to my waiver of extradition were explained to me:

1. I have a right to consult with counsel; if I am indigent and cannot afford counsel, counsel will be appointed for me.
2. Under the Texas Code of Criminal Procedure, I have a right to have a Warrant of Extradition and or a Writ of Habeas Corpus issued and served against me by the demanding state.

By my signature below, I do hereby freely and voluntarily waive all of the aforesaid rights and all other procedural rights incidental to my extradition to the State of Minnesota and I do hereby consent to return to said demanding State.

Dated this 4TH day of JUNE, 2026.

REFUSED TO SIGN

Defendant
CHRISTIAN JEREMIAH CASTRO

Judge
JUDGE GABRIELA GARCIA
138TH DISTRICT COURT

WARRANT: 26000126
CHARGES: ASSLT DANGEROUS WPN
BOND: No Bond

THE STATE OF TEXAS