**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| STATE OF MINNESOTA, *ex rel. Governor Tim Walz and Attorney General Keith Ellison*, | § | |
| *Plaintiff*, | § | |
| v. | § | CIVIL ACTION NO. 1:26-CV-00906 |
| GREG ABBOTT, *in his official capacity as Governor of the State of Texas*, and | § | |
| MANUEL TREVINO, *in his official capacity as Sheriff of Cameron County, Texas*, | § | |
| *Defendants*. | § | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Greg Abbott, in his official capacity as Governor of the State of Texas.

DATE: August 24, 2026

Respectfully submitted,

/s/ Jason T. Bramow
JASON T. BRAMOW
Deputy General Counsel
Texas Bar No. 24101545
S.D. Tex. Bar No. 3134903
Jason.Bramow@gov.texas.gov

Office of the Governor
P.O. Box 12428
Austin, Texas 78711
(512) 643-1788

*Counsel for Greg Abbott, in his official capacity as Governor, on behalf of the State of Texas*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on the 24th day of August, 2026, upon all parties who have entered an appearance, using the CM/ECF system.

/s/ Jason T. Bramow
JASON T. BRAMOW
Deputy General Counsel
Office of Governor Greg Abbott