**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| STATE OF MINNESOTA, *ex rel. Governor Tim Walz and Attorney General Keith Ellison*,<br><br>*Plaintiff*,<br><br>v.<br><br>GREG ABBOTT, *in his official capacity as Governor of the State of Texas*, and<br><br>MANUEL TREVINO, *in his official capacity as Sheriff of Cameron County, Texas*,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 1:26-CV-00906 |

**<u>EXHIBIT A</u>**

Unsworn Declaration of Jason Tyler Bramow

| | |
|---|---|
| **UNSWORN DECLARATION OF** | § |
| **JASON TYLER BRAMOW** | § |
| | § |
| **STATE OF TEXAS** | § |
| **COUNTY OF TRAVIS** | § |

1. My name is Jason Tyler Bramow. I am over the age of eighteen, of sound mind, and fully competent to make this affidavit. The facts stated herein are within my personal knowledge and are true and correct.
2. I am an employee of the Office of the Governor of Texas ("OOG"). I am executing this declaration as part of my assigned duties and responsibilities.
3. In my role as Deputy General Counsel, I am responsible for conducting a legal review of all extradition requests submitted to Texas from the Governors of other States.
4. I am familiar with the Extradition Clause of the United States Constitution, the Federal Extradition Act enacted by Congress, the Uniform Criminal Extradition Act ("UCEA"), which has been enacted by Texas and 45 other States with minor variations, OOG's process for receipt and review of extradition requests, the records and information maintained in connection with extradition matters, and the actions taken by OOG personnel in processing such requests.
5. When a defendant is arrested in Texas on a nationwide warrant issued by a judge or magistrate from a sister State, law enforcement from that sister State is notified of the arrest.
6. That prosecuting attorney then submits an extradition application to the executive of that sister State.
7. If the executive of that sister State is satisfied that the conditions precedent for extradition have been met, that State's executive signs an extradition request and agent commission, and delivers them to OOG.
8. The Governor has a duty to deliver a fugitive who has fled from a sister State to the custody of that State when it makes a proper demand. TEX. CODE CRIM. PROC. art. 51.01; *id.* art. 51.13, § 2, 3.
9. OOG requires sufficient evidence to satisfy itself that: (a) the extradition documents on their face are in order; (b) the defendant has been charged with a crime in the demanding State; (c) the defendant is the person named in the request for extradition; and (d) the defendant is a fugitive.

10. Thus, OOG does not simply rely on the conclusions of the executive of a sister State upon receiving an extradition request from that State.

11. The proof necessary to establish the required elements for extradition necessarily varies from State to State and extradition request to extradition request.

12. If OOG is satisfied that the conditions precedent have been satisfied, either the Governor or his designee signs the governor's warrant authorizing the continued detention of a defendant.

13. If a governor's warrant is issued, OOG delivers it to the Texas law enforcement agency with custody of the defendant. That law enforcement agency contacts the commissioned agent for the sister State to arrange for that agent to take custody of the defendant.

14. The UCEA as enacted in Texas permits a defendant's detention pending issuance of a governor's warrant for 30 days, with an extension of up to an additional 60 days. *Id.* art. 51.13, §§ 15, 17.

15. During that period of up to 90 days, a defendant may be granted bail at the discretion of the judge or magistrate that holds the required extradition hearing, unless the defendant is charged with an offense punishable by death or life imprisonment under the laws of the requesting State. *Id.* art. 51.13, § 16.

16. If a governor's warrant is not issued before the defendant has been in custody for 90 days, the defendant must be released from jail. *Id.* art. 51.13, § 17.

17. However, a governor's warrant may still be issued after the 90th day of the defendant's arrest and detention.

18. Regardless of when it is issued, a governor's warrant has statewide jurisdiction and authorizes any Texas law enforcement officer to arrest and detain a defendant until he can be delivered to the authorized agent of the requesting State. *Id.* art. 51.13, §§ 7, 8.

19. In the past, OOG has issued governor's warrants more than 90 days after a defendant's arrest. It has done so three times this year—for Benjamin Arrellanos-Romer (on request from Oklahoma), Darin Dingman (on request from Colorado), and Genaro Junior Varela (on request from Alabama).

20. That is not unusual, the Governor likewise issued warrants more than 90 days after arrest in 2025 for Melissa Ann Martinez (on request from Kansas), Kevin Clark Boren (on request from Oklahoma), and Anita Silvaz (on request from Idaho).

21. Releases of a defendant prior to the issuance of a governor's warrant is also not unique to Texas. At least two individuals were released from custody in Minnesota after posting bond before that State's governor issued a governor's warrant—Florinda Cerbantez in 2022 and Danzel Trayveon Jones in 2025.

22. OOG received Minnesota's request to extradite Christian J. Castro on June 2, 2026.

23. Prior to receiving Minnesota's request, I was familiar with the general circumstances giving rise to Mr. Castro's presence in Minnesota and Minnesota's request to extradite Mr. Castro because those circumstances were widely publicized by numerous media outlets and government sources.

24. Specifically, I was aware that:

    a. The U.S. Department of Homeland Security (DHS) launched "Operation Metro Surge" in December 2025 following reports about rampant fraud by aliens in Minnesota, potentially implicating Governor Tim Walz's office;
    b. Operation Metro Surge involved deployment of approximately 2,000 ICE agents to Minnesota to apprehend illegal aliens with outstanding deportation orders, Rebecca Santana & Mike Balsamo, *2,000 Federal Agents Sent to Minneapolis Area to Carry Out 'Largest Immigration Operation Ever,' ICE Says*, PBS NEWS (Jan. 6, 2026), https://archive.is/wqzuR;
    c. As part of Operation Metro Surge, ICE apprehended numerous "criminal illegal aliens, including child sex offenders, domestic abusers, and violent gang members," U.S. Dep't of Homeland Security, Press Release, *ICE Arrests Worst of the Worst Criminal Illegal Aliens During Operation Metro Surge in Minneapolis Including Pedophiles, Domestic Abusers, and Gang Members* (Dec. 4, 2025), https://archive.ph/8QBAF;
    d. Governor Tim Walz, meanwhile, criticized the operation as "political theater," Jeff Day et al., *Top Minnesota Lawmakers Are Subpoenaed in DOJ Investigation as Trump Praises Operation Metro Surge*, MINNEAPOLIS STAR TRIB. (Jan. 20, 2026), https://archive.is/z6dYn;
    e. Governor Walz has also taken actions to hinder the efforts of immigration officials—including by rushing to grant clemency to dangerous illegal aliens on the eve of their deportation in an effort to prevent their removal, Kyle Brown, *Minesota Board of Pardons Again Expedites Clemency for Immigrant Facing Deportation*, KSTP-TV (May 28, 2026), https://kstp.com/kstp-news/top-news/minnesota-board-of-pardons-again-expedites-clemency-for-immigrant-facing-deportation/; U.S. Dep't of Homeland Security, Press Release, *MINNESOTA MADNESS: Governor Tim Walz and Minnesota Sanctuary Politicians Pardon Illegal Alien Convicted for Armed Robbery* (June 1, 2026), https://www.dhs.gov/news/2026/06/01/minnesota-madness-governor-tim-walz-and-minnesota-sanctuary-politicians-pardon; U.S. Dep't of Homeland Security, Press Release, *MINNESOTA MADNESS: Governor Tim Walz Pardons Criminal Illegal Alien Convicted of Sexually Assaulting a 10-Year-Old Girl* (July 1, 2026),

https://www.dhs.gov/news/2026/07/01/minnesota-madness-governor-tim-walz-pardons-criminal-illegal-alien-convicted;

f. Christian Castro is an ICE agent who was detailed to Minnesota as part of Operation Metro Surge. On January 14, 2026, he and three other agents attempted to apprehend Alfredo Aljorna, a Venezuelan alien who fled and led officers on a high-speed chase through Minneapolis. When the chase ended in Mr. Aljorna's front yard, he and his housemate (Julio C. Sosa-Celis) wrestled with Castro for less than a minute before the men fled into their home. Castro then fired a shot into the home, striking Mr. Sosa-Celis in the leg, WYKC Channel 3, *Minneapolis Officials Release Video of Shooting by ICE Officer that Challenges DHS' Attack Claims*, YOUTUBE (Apr. 7, 2026), https://www.youtube.com/watch?v=IMOfjYSBe-E;

g. After the incident, Mr. Castro was found in Texas, where he was arrested on May 29, 2026, pursuant to a nationwide warrant issued by a Minnesota district court, *see* MPR News Staff, *ICE Agent Charged With Shooting, Wounding Minneapolis Man Is Arrested in Texas*, MPR NEWS (May 29, 2026), https://www.mprnews.org/story/2026/05/29/ice-agent-charged-shooting-wounding-man-minneapolis-arrested-texas;

h. Mr. Castro's bail was set at $200,000, *see* Stefany Rosales, *Bail Ordered at $200K for Valley ICE Agent Wanted in Minnesota*, KRGV (June 4, 2026), https://archive.ph/C6SIW;

i. According to Mr. Castro's lawyer, Mr. Castro "was in the Rio Grande Valley as part of his job obligations" when he was apprehended, Kyle Brown, *Bond Set at $2,000 for ICE Agent Charged in Nonfatal Shooting in Minneapolis*, KSTP (June 4, 2026), https://archive.is/IQG3G;

j. In other words, it appeared the federal government may have ordered Mr. Castro to leave Minnesota and return to his duty station in Texas, *see* Stefany Rosales, *Bail Ordered at $200K for Valley ICE Agent Wanted in Minnesota*, KRGV (June 4, 2026), https://archive.ph/C6SIW (Castro claiming he "was not a fugitive" and "was here in the area [Texas] pursuant to his job obligations");

k. Federal officials have further indicated Mr. Castro is subject to an ongoing investigation and "could end up facing criminal charges" by the U.S. Department of Justice for his conduct on January 14th and for statements he made in the aftermath, Ernesto Londono et al., *Newly Obtained Video of Minneapolis Shooting Undermines ICE Account*, N.Y. TIMES (Apr. 6, 2026), https://archive.ph/SVSnz;

25. Because of the cloud over the circumstances surrounding Mr. Castro's departure from Minnesota and arrival in Texas, Governor Abbott requested Robert Howden, Texas

Secretary of State, investigate and report on "Mr. Castro's situation and circumstances and whether he ought to be surrendered," as is permitted by statute. Letter from Greg Abbott, Governor of Texas, to Robert Howden, Secretary of State (July 31, 2026), *available at* Legislative Reference Library of Texas, https://tinyurl.com/mannweac; TEX. CODE CRIM. PROC. art. 51.13, § 4.

26. Secretary Howden has not yet issued his report on the extradition request for Mr. Castro.

27. Nor has Governor Abbott made any decision with respect to the extradition request made by Minnesota for Mr. Castro.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 24th day of August, 2026, in Travis County, Texas.

Jason T. Bramow
Deputy General Counsel
Office of the Governor of Texas