**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| STATE OF MINNESOTA, *ex rel. Governor Tim Walz and Attorney General Keith Ellison*, | § | |
| *Plaintiff*, | § | |
| v. | § | CIVIL ACTION NO. 1:26-CV-00906 |
| GREG ABBOTT, *in his official capacity as Governor of the State of Texas*, and | § | |
| MANUEL TREVINO, *in his official capacity as Sheriff of Cameron County, Texas*, | § | |
| *Defendants*. | § | |

**PROPOSED ORDER**

On this day came to be considered Plaintiff's Application for Temporary Restraining Order. ECF No. 8. After considering the application, Defendants' responses, and the related arguments of the parties, the Court **ORDERS**:

Plaintiff's motion is in all things **DENIED**.

SIGNED on this the ______ day of ____________________, 2026.

______________________________
Hon. Fernando Rodriguez, Jr.
U.S. District Judge, Southern District of Texas