**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **TIM WALZ, *et al.*,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **Civil Action No. 1:26-CV-00906** |
| **v.** | § | |
| | § | |
| **GREG ABBOTT, *et al.*,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

**DECLARATION OF FIELD OFFICE DIRECTOR PATRICK DIVVER**

I, Patrick Divver, declare as follows:

1. I am employed by the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) as Field Office Director (FOD) with the San Diego Field Office. I have held the position of FOD since July 2025. Prior to serving as FOD of the San Diego Field Office, I was the Deputy Field Office Director of the Washington Field Office, in an acting capacity from July 2022 through March of 2023 when I took on the role on a permanent basis. I have been employed by ICE since 2006 and have held various supervisory and non-supervisory positions since that time.

**2.** As FOD of the San Diego Field Office, I direct ERO operations of over 545 employees in the San Diego and Imperial counties of southern California. I supervise ERO staff, review operational reports, and ensure compliance with DHS and ICE policies. I receive regular briefings and written updates from DHS and ICE personnel regarding, among other things, enforcement activities, and uses of force, among many other duties.

GOVERNMENT EXHIBIT
A

PENGAD 800-631-6989

3. The statements contained in this declaration are based upon my personal knowledge, reasonable inquiry, and information made available to me in the course of my official duties from information obtained from records, systems, databases, other DHS employees, and information portals maintained and relied upon by DHS.

4. On January 15, 2026, I was detailed on temporary duty (TDY) as the ERO Director of Operations for Operation Metro Surge (OMS) in St. Paul/Minneapolis, Minnesota. In this capacity, I managed all aspects of ERO's enforcement activities in the operation, including personnel management. Many other employees of ICE were detailed on TDY to that location at or about the same time, including Deportation Officer (DO) Christian Castro.

5. The purpose of this declaration is to inform this Court about the events that led to DO Castro being ordered back to his home office in Texas from his temporary duty location in the Minneapolis/St. Paul area.

6. On January 15, 2026, as Director of Operations for OMS, I learned of a use of force (UoF) incident involving Deportation Officer Christian Castro.

7. Upon my receiving notice of the UoF incident, I directed DO Castro, through his chain of command, to return to his duty field office in Harlingen, Texas, after I conferred with ERO senior leadership. DO Castro had no discretion in this matter. The direction to return to Texas was based upon concerns for DO Castro's personal safety and the safety of other ICE officers in Minnesota because, at the time of this incident, there were many protestors following ICE officers and using aggressive and sometimes violent tactics, including doxxing, to interfere with officers carrying out their duties. Additionally, DO Castro's partner, a witness to the UoF incident, was similarly directed home on the same date for the same reasons as DO Castro.

8. After the UoF incident, DO Castro had to be brought to a hospital many miles away to avoid protestors and DO Castro's presence in the area after the UoF incident would likely have made him and other ICE personnel around him a target of protestors. It was my general practice during OMS to send TDY officers back to their home office if they were involved in an incident that had the potential to impact officer or public safety.

9. On the same day as I learned of the UoF incident, I directed that travel be arranged for DO Castro to return to his home office in Texas. Based upon a review of his ticketed itinerary, the ticket for DO Castro's flight from Minneapolis to Texas with the ultimate destination of Harlingen, Texas was issued at government expense on January 15, and his travel occurred on January 16, 2026.

10. At the time of the direction to return to Texas, there were no criminal charges pending against DO Castro.

Executed on this 24th day of August 2026.

Patrick Divver
Field Office Director
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement