**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

STATE OF MINNESOTA, *ex rel. Governor Tim Walz and Attorney General Keith Ellison*,

Plaintiff,

v.

GREG ABBOTT*, in his official capacity as Governor of the State of Texas,* and

MANUEL TREVINO, *in his official capacity as Sheriff of Cameron County, Texas,*

Defendants.

Case No.: 1:26-cv-00906

**MOTION FOR LEAVE TO FILE REPLY**

Pursuant to L.R. 7.4, Plaintiff State of Minnesota, on behalf of Governor Tim Walz and Attorney General Keith Ellison, respectfully moves for leave to submit a brief reply and two additional sworn declarations to address issues raised for the first time in the response filed by Defendant Greg Abbott on August 24, 2026 at Doc. 20.

After refusing to engage with the State of Minnesota or respond substantively to its inquiries over the course of several months, Governor Abbott has now filed a response claiming for the first time that the Governor is actively "investigating" whether Mr. Castro is a fugitive. *See* Doc. 20 at 21-24. Governor Abbott's opposition motion also challenges the sufficiency of Plaintiff's allegations regarding Mr. Castro's risk of flight to Mexico,

describing them as "unsupported by verified evidence" and insufficient in the absence of "substantiated facts." *See* Doc. 20 at 26-27. In addition to these quasi-factual challenges, Governor Abbott's response brief raises jurisdictional challenges not addressed in Minnesota's principal memorandum in support.

Minnesota therefore respectfully requests leave to submit a reply brief setting out additional case authorities, and two additional factual declarations, addressing these previously unnoticed issues in order to assist the Court in ruling on Minnesota's motion. Minnesota's proposed reply brief, and the Declarations of Maria Magdalena Minivielle Montes and Nicolai Lyfoung, are filed herewith as exhibits for the Court's convenience.

Dated: August 25, 2026

Respectfully submitted,

/s/ *George C. Lobb, Esq.*
GEORGE C. LOBB, ESQ.
TX State Bar No. 24042928
S.D. Tex. Bar No. 1439085
2028 Ben White Blvd.
Suite 240-8990
Austin, TX 78741
(737) 396-2662
Inboxforlawoffice@iCloud.com

KEITH ELLISON
Attorney General
State of Minnesota

/s/ *Peter J. Farrell*
PETER J. FARRELL*
Acting Solicitor General
Attorney-in-Charge
MN State Bar No. 0393071
KIMBERLY SVENDSEN*
Special Counsel
MN State Bar No. 0504097
LINDSEY MIDDLECAMP*

Special Counsel
MN State Bar No. 0392589
445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2131
(651) 757-1424
peter.farrell@ag.state.mn.us

*Attorneys for Plaintiff State of Minnesota, ex rel. Governor Tim Walz and Attorney General Keith Ellison*

**Pro hac vice*