United States District Court
Southern District of Texas
**ENTERED**
August 25, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TIM WALZ, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-906 |
| | § | |
| GREG ABBOTT, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Plaintiff State of Minnesota, on behalf of Governor Tim Walz and Attorney General Keith Ellison request leave to file a reply to Defendant Greg Abbott's response. (Mot. for Leave, Doc. 22) Minnesota attaches the proposed reply. The Court finds that good cause supports the requested relief. As a result, it is:

**ORDERED** that Plaintiff State of Minnesota, on behalf of Governor Tim Walz and Attorney General Keith Ellison's Motion for Leave to File Reply (Doc. 22) is **GRANTED**.

The Clerk of Court is directed to file the proposed reply as a new docket entry.

Signed on August 25, 2026.

Fernando Rodriguez, Jr.

Fernando Rodriguez, Jr.
United States District Judge