**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

STATE OF MINNESOTA, *ex rel. Governor Tim Walz and Attorney General Keith Ellison*,

Plaintiff,

v.

GREG ABBOTT, *in his official capacity as Governor of the State of Texas,* and

MANUEL TREVINO, *in his official capacity as Sheriff of Cameron County, Texas,*

Defendants.

Case No.: 1:26-cv-00906

**DECLARATION OF MARIA MAGDALENA MINVIELLE MONTES**

I, Maria Magdelena Minvielle Montes, declare and state as follows:

1. I am an investigator with the Minnesota Attorney General's Office. I am a fluent and native Spanish-speaker, and my professional responsibilities with the Minnesota Attorney General's Office include interviewing Spanish-speaking witnesses and victims for investigative case work and creating written summaries of those interviews for use in furthering investigations, law enforcement, and/or court proceedings. In the course of this work, I have experience with in-person interpretation work as well as listening to recorded statements including Spanish language and interpreting them into English.

2. The Minnesota Attorney General's Office has obtained audio recordings of jail calls placed by Christian Castro during his time in custody in Cameron County jail between May 30, 2026 and August 19, 2026.

3. I have listened to a sample of Mr. Castro's jail calls, all of which involve conversations held primarily or exclusively in Spanish.

4. Mr. Castro's jail calls reflect he is fluent in Spanish and is involved in a close, personal relationship with an individual who resides in Mexico.

5. Specifically, many of Mr. Castro's calls are with a woman who, based on the context of their statements to each other, is his romantic partner. Associated indexes provided by the Cameron County jail reflect that the calls with this woman are placed to an international phone number with an associated location in Mexico. In addition to that metadata, context from their conversations reference her residing in Mexico.

6. Mr. Castro speaks with his romantic partner with great frequency. Between May 30, 2026 and August 19, 2026, his jail call logs reflect 394 calls placed to her number. Additionally, some of Mr. Castro's conversations indicate he relays information to his romantic partner through his sister.

7. Due to the volume of calls, I have not listened to all of Mr. Castro's calls. However, I have listened to sixteen calls with his romantic partner, and the following are true and correct summaries of the matters discussed within those calls:

> a. Mr. Castro has expressed his commitment and love to the woman who resides in Mexico. They use affectionate language towards one another, their conversations reference a ring he has given her, they mutually discuss their intention to be together forever, and he expresses his intention

to get married to her when he is out of custody.

b. Mr. Castro has discussed having his sister retrieve some of his personal property from his prior residence and coordinating his sister visiting his romantic partner in Progreso, Mexico.

c. Mr. Castro's conversations with his romantic partner include statements by him confirming she resides in Progreso (which is a town in Mexico), and include statements by Mr. Castro about his intention to buy a big house in Mexico so he can retire there.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that everything I have stated in this document is true and correct.

Executed on August 21, 2026
Dakota County
State of Minnesota

Maria Magdalena Minvielle Montes