**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

STATE OF MINNESOTA, *ex rel. Governor Tim Walz and Attorney General Keith Ellison,*

Plaintiff,

v.

GREG ABBOTT, *in his official capacity as Governor of the State of Texas,* and

MANUEL TREVINO, *in his official capacity as Sheriff of Cameron County, Texas,*

Defendants.

Case No.: 1:26-cv-00906

**DECLARATION OF NICOLAI LYFOUNG**

I, Nicolai Lyfoung, declare and state as follows:

1. I am an Assistant Special Agent in Charge with the Minnesota Bureau of Criminal Apprehension ("BCA") and have been so employed for three years. I am assigned to the Force Investigations Unit as a supervisor, which unit primarily focuses on conducting investigations involving peace officer use of deadly force and allegations of peace officer misconduct involving use of force and sexual assaults. Prior to my employment with the Minnesota BCA, I was a licensed peace officer for twelve years with the St. Paul Police Department. One of my assigned units with the St. Paul Police Department was Major Crimes Investigations, in which role I investigated a wide variety

of cases that include but are not limited to: homicides, aggravated assaults, threats of violence, kidnapping, simple assaults, robberies, weapons charges, harassments, and numerous other crimes against persons, society, and property.

2. I am one of the case agents involved in an ongoing criminal investigation into Christian Castro. As part of my role in the investigation, I have reviewed materials and reports relevant to Mr. Castro's risk of flight and connections to Mexico.

3. As part of my investigation to date, I have reviewed reports and investigative materials prepared by other law enforcement agencies, including reports and materials prepared by the Federal Bureau of Investigation ("FBI"), and Immigrations and Custom Enforcement Office of Professional Responsibility ("ICE-OPR") (both of which federal agencies have shared investigative materials with the BCA for the investigation into Mr. Castro.)

4. Specifically, I have reviewed investigative materials provided to the BCA by ICE-OPR, which include written summaries of jail calls placed by Mr. Castro while in Cameron County jail. Those summaries denote that Mr. Castro and his romantic partner have, on several occasions, discussed a Jeep he owns that they discuss being in her possession in Mexico.

5. I have also reviewed an FBI 302 provided to the BCA, which report attaches a document titled "Timeline of Castro's History." The FBI 302 describes that timeline as a document produced to the FBI by ICE-OPR. Although I have not had an independent opportunity to review the underlying referenced materials, the summary timeline prepared by ICE-OPR includes notations that Mr. Castro submitted SF-86 Questionnaires for his

federal employment which fail to disclose trips outside the United States or foreign contacts, including an instance in January 2026 when Mr. Castro submitted an SF-85 which failed to list foreign contacts, despite his ongoing close personal relationship with a Mexican national.

6. In addition to the foregoing, I also personally conducted a phone interview with a woman who I will refer to by initials M.V. The interview took place in May 2026 with the assistance of a phone interpreter, as M.V. is Spanish-speaking. At the time of the phone interview, M.V. indicated she had been married to Mr. Castro since 2024 but that they were in the process of a divorce. (I have separately reviewed court docket materials that confirm Mr. Castro initiated divorce proceedings in December 2025.) During the phone interview, M.V. indicated that some time in November 2025, Mr. Castro left both the relationship and the home they shared in Texas in order to be in a relationship with a woman who resides in Mexico. M.V. relayed her belief that Mr. Castro had purchased the property where his girlfriend resides in Mexico. She also relayed her belief that Mr. Castro had purchased a Jeep under his name but left it in Mexico for his girlfriend.

Executed on August 24, 2026
Washington County
State of Minnesota

Nicolai Lyfoung