**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| STATE OF MINNESOTA, *ex rel. Governor Tim Walz and Attorney General Keith Ellison*, | § | |
| *Plaintiff*, | § | |
| v. | § | CIVIL ACTION NO. 1:26-CV-00906 |
| GREG ABBOTT, *in his official capacity as Governor of the State of Texas*, and | § | |
| MANUEL TREVINO, *in his official capacity as Sheriff of Cameron County, Texas*, | § | |
| *Defendants*. | § | |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Defendant Governor Greg Abbott hereby files this Unopposed Motion to Withdraw Jason T. Bramow as counsel in this matter. Mr. Bramow is no longer affiliated with the Office of Governor Greg Abbott and listed counsel will continue to represent the parties.

For the reasons stated above, the undersigned respectfully requests that the Court grant this unopposed motion to withdraw Jason T. Bramow as counsel in this case.

Date: August 31, 2026

Respectfully Submitted.

/s/ Jason T. Bramow

**JASON T. BRAMOW**
Deputy General Counsel
Texas Bar No. 24101545
Jason.Bramow@gov.texas.gov

Office of the Governor
P.O. Box 12428

Austin, Texas 78711
(512) 463-1788

*Counsel for Defendant Governor Greg Abbott*

**CERTIFICATE OF CONFERENCE**

I hereby certify that on August 31, 2026, the above and foregoing **UNOPPOSED MOTION TO WITHDRAW AS COUNSEL** was conferenced by electronic mail with counsel for Plaintiff who stated he is unopposed to this Motion.

/s/ Jason T. Bramow
**JASON T. BRAMOW**
Deputy General Counsel

**CERTIFICATE OF SERVICE**

On August 31, 2026, a true and correct copy of the above and foregoing **UNOPPOSED MOTION TO WITHDRAW AS COUNSEL** was served via the CM/ECF system on all counsel of record.

/s/ Jason T. Bramow
**JASON T. BRAMOW**
Deputy General Counsel