United States District Court
Southern District of Texas
**ENTERED**
September 01, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TIM WALZ, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-906 |
| | § | |
| GREG ABBOTT, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Defendant Greg Abbott seeks to withdraw attorney Jason T. Bramow as counsel in this matter. (Motion, Doc. 31) The Motion is unopposed. The Court finds that good cause exists for the requested relief. As a result, it is:

**ORDERED** that Defendant Greg Abbott's Unopposed Motion to Withdraw as Counsel (Doc. 31) is **GRANTED**.

The Clerk of Court is directed to remove Jason T. Bramow as counsel in this matter.

Signed on September 1, 2026.

Fernando Rodriguez, Jr.
Fernando Rodriguez, Jr.
United States District Judge