**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| TIM WALZ, *et al.*, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:26-CV-00906 |
| | § | |
| GREG ABBOTT, *et al.*, | § | |
| Defendants. | § | |

**DEFENDANT TREVINO'S CERTIFICATE OF FINANCIALLY INTERESTED PARTIES**

TO THE HONORABLE JUDGE OF SAID COURT:

There are no financially interested parties.

Respectfully submitted,

COMMISSIONERS COURT-
CIVIL LEGAL DIVISION
1100 East Monroe Street
Brownsville, Texas 78520
Telephone: (956) 550-1345
Facsimile: (956) 550-1348

By: /s/ *Daniel N. Lopez*
Daniel N. Lopez
Associate Counsel
Texas State Bar No. 24086699
Southern District No. 3182267
daniel.n.lopez@co.cameron.tx.us

Juan A. Gonzalez
Attorney in Charge
Texas State Bar No. 08129310
Southern District No. 3472
juan.gonzalez@co.cameron.tx.us

**CERTIFICATE OF SERVICE**

I, Daniel N. Lopez, do hereby certify that service of a true and correct copy of the foregoing document will be electronically served upon all counsel of record c/o U.S. District Court, Southern District of Texas-Brownsville Division, via the Court's Automatic Filing System, this 2nd day of September, 2026.

*/s/ Daniel N. Lopez*
Daniel N. Lopez