**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| STATE OF MINNESOTA, *ex rel. Governor Tim Walz and Attorney General Keith Ellison*,<br><br>*Plaintiff*,<br><br>v.<br><br>GREG ABBOTT, *in his official capacity as Governor of the State of Texas*, and<br><br>MANUEL TREVINO, *in his official capacity as Sheriff of Cameron County, Texas*,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 1:26-CV-00906 |

**NOTICE TO THE COURT**

TO THE HONORABLE FERNANDO RODRIGUEZ, JR.:

Defendant Greg Abbott submits this notice to inform the Court of recent developments concerning Christian Castro, the subject of the requisition at issue here.

As public reports indicate, "[f]ederal prosecutors have charged [Mr. Castro] with lying to investigators about the events leading up to the shooting" on January 14, 2026. Alanna Durkin Richer, *AP Source: ICE Officer Charged with Lying to Investigators in the Shooting of Venezuelan Man*, ASSOCIATED PRESS (Sept. 3, 2026), https://archive.is/9LUe2. Moreover, the federal government's investigation into Mr. Castro "is continuing and no final decision has been made about whether additional charges will be brought." *Ibid.*[1]

That is consistent with Governor Abbott's arguments, both in his response to

[1] This Court may take judicial notice of such public reports. *See, e.g.*, *Solis v. Rubio*, No. 7:22-CV-232, 2025 WL 779693, at *2 & n.5 (S.D. Tex. Mar. 12, 2025) (Rodriguez, J.).

Minnesota's motion for emergency relief and in his pending motion to dismiss. As the Governor previously noted, "[f]ederal officials have indicated Mr. Castro is subject to an ongoing investigation and 'could end up facing criminal charges' by the U.S. Department of Justice for his conduct on January 14th and for statements he made in the aftermath." ECF No. 20 at 11; ECF No. 25 at 10. Governor Abbott continues to reject Minnesota's effort to usurp the power of the Chief Executive Officer of the State of Texas to determine fugitivity, contrary to a century-plus of U.S. Supreme Court precedent. *See, e.g.*, ECF No. 20 at 24–28; ECF No. 25 at 26–31. But that does not mean "Mr. Castro should not be punished" for any criminal misconduct. ECF No. 20 at 26; ECF No. 25 at 28.

Mr. Castro was brought to Texas under orders of the United States government. ECF No. 20 at 10–11, 13, 28–31; ECF No. 25 at 31–36. Now, Mr. Castro may be brought to Minnesota under orders of the United States government. Today, in concert with federal officers, Texas law enforcement facilitated Mr. Castro's arrest for charges filed by the U.S. Department of Justice. This lawsuit—premised on a "rush to judgment" by Minnesota that "refuses to accord Governor Abbott's deliberative process the presumption of regularity it is due"—was meritless from the start. ECF No. 20 at 9; ECF No. 25 at 9. It is baseless today. The Court should grant Governor Abbott's motion to dismiss.

DATE: September 3, 2026

Respectfully submitted,

/s/ Trevor W. Ezell
TREVOR W. EZELL
*Attorney-in-Charge*
General Counsel
Texas Bar No. 24109849
S.D. Tex. Bar No. 3942308
Trevor.Ezell@gov.texas.gov

MATTHEW ERICKSON*
Special Counsel
Texas Bar No. 24134310
Matthew.Erickson@gov.texas.gov
**Application for admission pending*

Office of the Governor
P.O. Box 12428
Austin, Texas 78711
(512) 643-1788

*Counsel for Greg Abbott, in his official capacity as Governor, on behalf of the State of Texas*

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing instrument was served on the 3rd day of September, 2026, upon all parties who have entered an appearance, using the CM/ECF system.

/s/ Trevor W. Ezell
Trevor W. Ezell
General Counsel
Office of Governor Greg Abbott