United States District Court
Southern District of Texas
**ENTERED**
September 08, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TIM WALZ, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-906 |
| | § | |
| GREG ABBOTT, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Defendant Manuel Trevino requests an extension of the deadline to file an answer, motion, or other responsive pleading. (Motion, Doc. 36) The Motion is unopposed. The Court finds that good cause exists for the requested relief. As a result, it is:

**ORDERED** that Defendant Manuel Trevino's Unopposed Motion for Extension of Time (Doc. 36) is **GRANTED**; and

**ORDERED** that by no later than September 22, 2026, Defendant Manuel Trevino shall file an answer, motion, or other responsive pleading.

Signed on September 8, 2026.

Fernando Rodriguez, Jr.

Fernando Rodriguez, Jr.
United States District Judge