United States District Court
Southern District of Texas
**ENTERED**
September 15, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TIM WALZ, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-906 |
| | § | |
| GREG ABBOTT, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On August 25, 2026, Defendant Governor Greg Abbott sought dismissal of the causes of action alleged in Plaintiff Minnesota's Complaint. (Motion, Doc. 25) On September 15, Minnesota filed its First Amended Complaint for Declaratory, Injunctive, and Mandamus Relief (Doc. 39). Simultaneously, Minnesota responded to the Motion to Dismiss by arguing that the filing of the Amended Complaint rendered that motion moot. (Resp., Doc. 40)

A party may amend its pleading once as a matter of course no later than "21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." FED. R CIV. P. 15(a)(1). Minnesota has met the requirements of Rule 15. As a result, it is:

**ORDERED** that Defendant Greg Abbott's Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim (Doc. 25) is **DENIED AS MOOT**; and

**ORDERED** that by no later than October 6, 2025, Defendant Greg Abbott shall file an answer, motion, or other responsive pleading to Minnesota's First Amended Complaint for Declaratory, Injunctive, and Mandamus Relief (Doc. 39).

Signed on September 15, 2026.

Fernando Rodriguez, Jr.
United States District Judge