**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| STATE OF MINNESOTA, *ex rel. Governor Tim Walz and Attorney General Keith Ellison*,<br><br>Plaintiff,<br><br>v.<br><br>GREG ABBOTT*, in his official capacity as Governor of the State of Texas*,<br><br>Defendant. | Case No.: 1:26-cv-00906 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

On September 17, 2026, Christian Castro made his initial appearance before a judge in Hennepin County, Minnesota, on the Hennepin County criminal complaint charging him with four counts of second-degree assault with a dangerous weapon and one count of falsely reporting a crime.

Defendant Texas Governor Greg Abbott has not served an answer or a motion for summary judgment in this action. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff State of Minnesota, on behalf of Governor Tim Walz and Attorney General Keith Ellison, hereby voluntarily dismisses this action without prejudice.

Dated: September 17, 2026

Respectfully submitted,

/s/ *George C. Lobb, Esq.*

GEORGE C. LOBB, ESQ.
TX State Bar No. 24042928
S.D. Tex. Bar No. 1439085
2028 Ben White Blvd.
Suite 240-8990
Austin, TX 78741
(737) 396-2662
Inboxforlawoffice@iCloud.com

KEITH ELLISON
Attorney General
State of Minnesota

/s/ *Peter J. Farrell*
PETER J. FARRELL*
Acting Solicitor General
Attorney-in-Charge
MN State Bar No. 0393071
KIMBERLY SVENDSEN*
Special Counsel
MN State Bar No. 0504097
LINDSEY MIDDLECAMP*
Special Counsel
MN State Bar No. 0392589
445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2131
(651) 757-1424
peter.farrell@ag.state.mn.us

*Attorneys for Plaintiff State of Minnesota, ex rel. Governor Tim Walz and Attorney General Keith Ellison*

**Pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on the 17th day of September, 2026, upon all parties who have entered an appearance, using the CM/ECF system.

/s/ *Lindsey E. Middlecamp*
LINDSEY E. MIDDLECAMP