United States District Court
Southern District of Texas
**ENTERED**
September 18, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TIM WALZ, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-906 |
| | § | |
| GREG ABBOTT, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**AMENDED NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff State of Minnesota, on behalf of Governor Tim Walz and Attorney General Keith Ellison, seek to dismiss this action without prejudice. (Notice, Doc. 42) Defendants have not filed an answer or motion for summary judgment. The requirements of Rule 41 have been met. The Notice dismisses Minnesota's causes of action without prejudice without court order.

Except as agreed upon by the parties, each party will bear its own attorneys' fees and costs.

The Clerk of Court is directed to close this matter.

Signed on September 18, 2026.

Fernando Rodriguez, Jr.
United States District Judge